| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Felicia Nicole Jones, | § § | |
| Plaintiff, | § § | |
| versus | § § | MISCELLANEOUS H-11-376 |
| Citimortgage, Inc., et al., | § § § | |
| Defendants. | § | |

## Opinion on Dismissal

Felicia Nicole Jones is suing Citimortgage, the United States Postal Service, and Pioneer Homes.

As best as can be understood from Jones's 65-page complaint, her claim against Citimortgage is for forcible entry of 16307 Rapid Creek Drive in Houston. Jones had not paid her mortgage since October 2005. In 2008, the mortgagee foreclosed its lien by selling it non-judicially. Citimortgage bought the property. All of Jones's interest in the property ended with the foreclosure. Jones has no claim against Citimortgage.

Jones's claim against the United States Postal Service seems to be for "violence in the workplace" because a Postal Service worker entered her home and broke her air conditioner. Even assuming her facts are true, Jones has no claim for violence in the workplace.

Last, Jones's suit against Pioneer Homes seems to be for breach of contract. Pioneer Homes apparently built her home in 1997. Her breach of warranty claims have expired. Since Jones and Pioneer Homes are both citizens of Texas, there is no diversity of parties. This court lacks party jurisdiction to hear the case.

Also, she has applied to sue without paying the obligatory costs. Her affidavit is inconclusive about her actual property, so she must pay the fees.

Even under the generous allowance for a pleading prepared without the assistance of a lawyer, the claims by Felicia Nicole Jones are wholly deficient as legal claims.

Jones's claims will be dismissed.

Signed September 5, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge